1  BENJAMIN B. WAGNER
   United States Attorney
2  LAURA A. HUGGINS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         | CASE NO. 2:15-MJ-00010-KJN
11 |           Plaintiff,              | ORDER TO RETURN EVIDENCE
12 |      v.
13 | KENNETH N. DOUGLASS,
   | ALLEN D. GORDON,
14 | RYAN P. MCINTOSH,
   | DAVID M. MCINTURFF, AND
15 | BRIAN V. PULLEY,
16 |           Defendants.

17

18      It is hereby ordered that any firearms seized as evidence in connection with United States Fish

19 and Wildlife Service Case Number: 2014804265, Case Title: Pulley, Brian et al., be returned to their

20 respective owners upon the defendants' successful completion of California Department of Justice

21 background requirements.  This order specifically pertains to the following seized firearms:

22      a.  Benelli 12-Gauge, Semi-Automatic Shotgun, SN#U416636;

23      b.  Browning 12-Gauge, Semi-Automatic Shotgun, SN# 71147;

24      c.  Beretta 12-Gauge, Semi-Automatic Shotgun, SN# A26488E;

25      d.  Beretta 12-Gauge, Semi-Automatic Shotgun, SN# V32744E;

26 ///

27 ///

28 ///

1

1       e.  Benelli 12-Gauge, Semi-Automatic Shotgun, SN# U423171Y.

2 Dated:  February 18, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE